No. 81–67. ALTMAN ET AL. *v.* HEALTH AND HOSPITALS GOVERNING COMMISSION OF COOK COUNTY. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 81–73. VINYL PRODUCTS MANUFACTURING, INC., ET AL. *v.* CALCO-HAWAIIAN IMPORT-EXPORT CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–74. COTTON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 81–75. GONZALES-GARCIA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 81–76. ARMISTEAD *v.* CALIFORNIA STATE PERSONNEL BOARD ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 81–77. CLEVELAND *v.* CLEVELAND, EXECUTOR. Sup. Ct. Ga. Certiorari denied.

No. 81–78. FELSEN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 81–88. LOCAL 394, LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 81–90. THIBADEAU *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 81–94. REY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 81–95. ATTICK *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.